FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

May 17, 2022

No. 04-22-00257-CV

### IN THE INTEREST OF A.S., A.S. AND S.A.S., CHILDREN

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2018-FLD-002274-D1
Honorable Selina Nava Mireles, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The clerk's record was originally due May 9, 2022, but was not filed. We ORDER the district clerk to file the clerk's record **on or before May 27, 2022.** *See* TEX. R. APP. P. 35.3(c).

In the unforeseen event that the district clerk does not comply with this order, we may be required to initiate contempt proceedings.

Additionally, the reporter's record was due May 9, 2022 but was not filed. On May 11, 2022, the court reporter filed a notification of late record, requesting an extension because she had just received the notice of appeal on May 11, 2022.

Accordingly, we **GRANT IN PART** the court reporter's request for an extension of time and **ORDER** the court reporter to file the reporter's record in this court **on or before May 31, 2022**. The court reporter is reminded that strict deadlines exist with regard to disposal of appeals dealing with termination of parental rights. We further remind the court reporter that in appeals from orders terminating the appellant's parental rights, we may not grant extensions of time to file the appellate record that exceed 30 days *cumulatively*. TEX. R. APP. P. 28.4(b).

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of May, 2022.



FILE COPY

MICHAEL A. CRUZ, Clerk of Court